IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(KANSAS CITY DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 10-20075-01,02,03,04-KHV-JPO |
| LAKISHA WESLEY,<br>TYNISHA MAYS,<br>   a/k/a "Ty,"<br>DONELL HALE,<br>   and<br>MICHAEL JONES,<br>   a/k/a "Shay," | ) |
| Defendants. | ) |

## SEALED INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning in or about January 2008, and continuing to on or about January 4, 2010, both dates being approximate and inclusive, in the District of Kansas and elsewhere, the defendants,

LAKISHA WESLEY,
TYNISHA MAYS,
a/k/a "Ty,"
DONELL HALE,
and
MICHAEL JONES,
a/k/a "Shay,"

unlawfully, knowingly and intentionally combined, conspired, confederated and agreed

-1-

together and with each other, and with other persons known and unknown, to commit the following offense against the United States: to manufacture, to possess with intent to distribute and to distribute 50 grams or more of cocaine base "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(iii) and Title 18, United States Code, Section 2.

This was all in violation of Title 21 United States Code, Section 846.

### COUNT 2

On or about February 10, 2010, in the District of Kansas, the defendants,

**LAKISHA WESLEY,**
and
**TYNISHA MAYS,**
a/k/a "Ty,"

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base "crack," a controlled substance, within 1,000 feet of the real property comprising St. Paul Elementary School, a public elementary school, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a) and Title 18, United States Code, Section 2.

### COUNT 3

On or about January 5, 2009, in the District of Kansas, the defendants,

**TYNISHA MAYS,**
a/k/a "Ty,"
and
**DONELL HALE,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base "crack," a controlled substance, within 1,000 feet of the

real property comprising St. Paul Lutheran School, a private elementary and middle school, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a) and Title 18, United States Code, Section 2.

### COUNT 4

On or about November 30, 2009, in the District of Kansas, the defendant,

**LAKISHA WESLEY,**

knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT 5

On or about December 15, 2009, in the District of Kansas, the defendant,

**LAKISHA WESLEY,**

 knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of cocaine base, "crack," a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT 6

On or about January 4, 2010, in the District of Kansas, the defendant,

**LAKISHA WESLEY,**

did knowingly and intentionally open, lease, rent, use, and maintain a residence known as 932 Cherokee, Leavenworth, Kansas; and, manage and control said residence, as a lessee and occupant, making it available for use for the purpose of unlawfully manufacturing, possessing with intent to distribute, distributing, storing and manufacturing, cocaine base "crack," a controlled substance, in violation of Title 21, United States Code, Sections 856(a)(1) & (2) and Title 18, United States Code, Section 2.

A TRUE BILL.

DATED: June 2, 2010                   _s/ Foreperson_
                                      FOREPERSON


_s/ Terra D. Morehead #12759_
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center
301 North Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

COUNT 1:

- NLT 10 Years NMT Life Imprisonment;
- NMT $4,000,000.00 Fine;
- NLT 5 Years S.R.; and,
- Special Assessment $100.00.

In the event of a prior conviction for a felony drug offense:

- NLT 20 years, NMT Life Imprisonment;
- NMT $8,000,000.00 Fine;
- NLT 10 years S.R.; and,
- $100 Special Assessment.

In the event of two or more prior convictions for a felony drug offense:

- NLT Life Imprisonment;
- NMT $8,000,000.00 Fine; and,
- $100 Special Assessment.

COUNT 2 & 3:

- NLT 1 year, NMT 40 years Imprisonment;
- NMT $2,000,000.00 Fine;
- NLT 6 years S.R.; and,
- $100 Special Assessment;

In the event of a prior conviction for a felony drug offense:

- NLT 1 year, NMT 60 years Imprisonment;
- NMT $4,000,000.00 Fine;
- NLT 12 years S.R.; and,
- $100 Special Assessment.

COUNTS 4 & 5:

- NMT 20 years Imprisonment;
- NMT $1,000,000.00 Fine;
- NLT 3 years S.R.; and,
- $100 Special Assessment.

In the event of a prior conviction for a felony drug offense:

- NMT 30 years Imprisonment;
- NMT $2,000,000.00 Fine;
- NLT 6 years S.R.; and,
- $100 Special Assessment.

COUNT 6:

- NLT 1 year and NMT 40 years Imprisonment;
- NMT $1,000,000.00 Fine;
- NMT 5 years S.R.; and
- $100 Special Assessment.