# *In the United States District Court*
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    CASE NO: 10-20075-03-KHV-JPO |
| | ) |
| DONELL HALE, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This matter comes before the Court on the Government's Motion to issue a Writ of Habeas Corpus Ad Prosequendum for defendant Donell Hale.

After reviewing the Government's motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued directing the United States Marshal and any other federal law enforcement agency for this district to produce Donell Hale on July 15, 2010, at 11:00 a.m. and for any further proceedings to be held in this cause.

IT IS FURTHER ORDERED that at the conclusion of these proceedings the United States Marshal shall return Donell Hale to the Kansas Department of Corrections.

IT IS SO ORDERED.

                                     s/ James P. O'Hara
                                     JAMES P. O'HARA
                                     UNITED STATES MAGISTRATE JUDGE

DATED:   June 18, 2010